IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BONNIE SEEHAFFER,

    Plaintiff,

v.               Case No. 07-4058-JAR

JOHNSON & JOHNSON. et al.,

    Defendants.

_____

**ORDER**

This matter comes before the court upon defendants' motion to stay proceedings pending a transfer decision by the Judicial Panel on Multidistrict Litigation (Doc. 5). Defendants further request that the court excuse the parties from "participating in the Rule 26(f) meeting and the Scheduling Conference by Telephone set for June 20, 2007, at 2:30 p.m."

The court has contacted counsel for plaintiff, who has indicated that plaintiff does not oppose defendants' motion. The court finds the issue is ripe for decision and, having reviewed the filings, finds there to be good cause that this matter be stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

**IT IS THEREFORE ORDERED**:

1.  That defendants' motion to stay proceedings pending a transfer decision by the Judicial Panel on Multidistrict Litigation (Doc. 5) is hereby GRANTED.

2.  That this case shall be STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

3.  That defendants shall, within 20 days of the date of any decision of the Judicial Panel on Multidistrict Litigation regarding transfer of this matter, report such decision to the court.  In the event of a denial of transfer, the court will schedule a status conference to plan the remainder of discovery and pretrial activities in this case.  In the event of a grant of transfer, the stay in this case shall continue pending remand or resolution of this matter by the transferee court.

4.  The Telephone Scheduling Conference and related deadlines are hereby suspended pending further order of the court.

**IT IS SO ORDERED.**

Dated this 14th day of June, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
